| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000138797 | 1 |

Page   1(Con't  Next  Page)

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
202 WESTLAKE  AVE N
SEATTLE,  WA  98109

# Earnings  Statement



Period Beginning:     03/08/2026
Period Ending:        03/14/2026
Pay Date:             03/20/2026

**PABLO  A  MEJIA**
**601  HILLSIDE  DR**
**HAZLE  TOWNSHIP  PA  18202**

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Regular | 23.5000 | 30.53 | 717.46 | 7,673.95 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 329.00 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 235.00 |
| **Gross Pay** | | | **$717.46** | 9,863.22 |

**\* Excluded from federal taxable wages**
   Your  federal  taxable  wages this period are $680.08

| Other Benefits  and Information | this  period | total  to  date |
|---------------------------------|--------------|-----------------|
| Flex/Pto Baln | 31.75 | |
| Groupterm Life | 14.07 | 162.08 |
| Stnd Balnce | 27.88 | |
| Tot Work Hours | 30.53 | |

| Deductions | Statutory | | year to date |
|------------|-----------|---|--------------|
| | Federal Income Tax | -39.69 | 629.68 |
| | Social Security Tax | -43.04 | 594.09 |
| | Medicare Tax | -10.07 | 138.94 |
| | PA State Income Tax | -20.88 | 289.20 |
| | Hazle Twp Income Tax | -10.20 | 141.32 |
| | Hazle Twp Local Svc Tax | -1.00 | 12.00 |
| | PA SUI Tax | -0.50 | 6.90 |
| | **Other** | | |
| | Pre-Tax  Dental | -3.46* | 41.52 |
| | Pre-Tax  Medical | -30.23* | 357.45 |
| | Pre-Tax  Vision | -3.69* | 44.28 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | | **$554.70** |
| | Checking Acct 1 | -554.70 | |
| | **Net Check** | | **$0.00** |

**Important  Notes**

YOUR  COMPANY  ER PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR 410 TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE FOLLOWING  CODES:
BOOT UP, DOWN  TIME, COMPANY  BUSINESS,

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE     ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS  COMP PAID.

© 2000  ADP,  Inc.

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
202 WESTLAKE  AVE N
SEATTLE ,  WA   98109

**Advice number:**       **00000138797**
Pay date:                03/20/2026

**Deposited  to the account  of**

**PABLO  A MEJIA**

| | account  number | transit  ABA | amount |
|---|-----------------|--------------|--------|
| | xxxx1656 | xxxx  xxxx | $554.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W46 | 077364 | 129900 | 193 | 0000138797 | 1 |

Page   2

*AMAZON.COM   SERVICES   LLC*
*ATTN:  AMAZON   PAYROLL*
*202  WESTLAKE   AVE   N*
*SEATTLE,   WA   98109*

Filing  Status:  Single/Married   filing  separately
Exemptions/Allowances:
   Federal:  Standard  Withholding   Table

# Earnings  Statement

ADP®

Period  Beginning:        03/08/2026
Period  Ending:           03/14/2026
Pay  Date:                03/20/2026

**PABLO   A  MEJIA**
**601   HILLSIDE  DR**
**HAZLE   TOWNSHIP  PA   18202**

## Important  Notes

IF  YOU  HAVE  PAY  RELATED   QUESTIONS,   VISIT
HTTPS://ATOZ.AMAZON.WORK       AND  SELECT  HELP  >  MY  HR

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK   THIS IS NOT A CHECK   THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| **W46** | 077364 | 129900 | 193 | 0000148554 | 1 |

# Earnings Statement



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 03/15/2026
Period Ending: 03/21/2026
Pay Date: 03/27/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Flex/Pto | 23.5000 | 5.00 | 117.50 | 446.50 |
| Stnd Pto Pay | 23.5000 | 20.00 | 470.00 | 705.00 |
| Regular | | | | 7,673.95 |
| Overtime | | | | 37.72 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| **Gross Pay** | | | **$587.50** | 10,450.72 |

**\* Excluded from federal taxable wages**
 Your federal taxable wages this period are $550.12

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 28.60 | |
| Groupterm Life | 14.07 | 176.15 |
| Stnd Balnce | 10.20 | |

**Important Notes**

YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND SELECT HELP > MY HR

© 2000 ADP, Inc.

| **Deductions** | **Statutory** | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -24.10 | 653.78 |
| | Social Security Tax | | -34.98 | 629.07 |
| | Medicare Tax | | -8.18 | 147.12 |
| | PA State Income Tax | | -16.89 | 306.09 |
| | Hazle Twp Income Tax | | -8.25 | 149.57 |
| | Hazle Twp Local Svc Tax | | -1.00 | 13.00 |
| | PA SUI Tax | | -0.42 | 7.32 |
| | **Other** | | | |
| | Pre-Tax Dental | | -3.46* | 44.98 |
| | Pre-Tax Medical | | -30.23* | 387.68 |
| | Pre-Tax Vision | | -3.69* | 47.97 |
| | Ach Same Day | | | 1,159.35 |
| | Reissued Pay | | | -1,159.35 |
| | **Net Pay** | | **$456.30** | |
| | Checking Acct 1 | | -456.30 | |
| | **Net Check** | | **$0.00** | |

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Advice number: **00000148554**
Pay date: 03/27/2026

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **PABLO A MEJIA** | xxxx1656 | xxxx xxxx | $456.30 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000158447 | 1 |

Page   1(Con't  Next  Page)

AMAZON.COM   SERVICES   LLC
ATTN: AMAZON  PAYROLL
202 WESTLAKE   AVE N
SEATTLE,  WA  98109

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 03/22/2026 |
| Period Ending: | 03/28/2026 |
| Pay Date: | 04/03/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**PABLO  A  MEJIA**
**601  HILLSIDE  DR**
**HAZLE  TOWNSHIP  PA  18202**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 35.03 | 823.21 | 8,497.16 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$823.21** | 11,273.93 |

**\* Excluded from federal taxable wages**
  Your  federal  taxable  wages  this  period  are  $785.83

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Flex/Pto Baln | 30.45 | |
| Groupterm Life | 14.07 | 190.22 |
| Stnd Balnce | 12.52 | |
| Tot Work Hours | 35.03 | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -52.38 | 706.16 |
| | Social Security Tax | -49.59 | 678.66 |
| | Medicare Tax | -11.60 | 158.72 |
| | PA State Income Tax | -24.12 | 330.21 |
| | Hazle Twp Income Tax | -11.79 | 161.36 |
| | Hazle Twp Local Svc Tax | -1.00 | 14.00 |
| | PA SUI Tax | -0.57 | 7.89 |
| | **Other** | | |
| | Pre-Tax  Dental | -3.46* | 48.44 |
| | Pre-Tax  Medical | -30.23* | 417.91 |
| | Pre-Tax  Vision | -3.69* | 51.66 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$634.78** | |
| | Checking Acct 1 | -634.78 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR  COMPANY  ER  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR  410  TERRY  AVE  NORTH  SEATTLE  WA  98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING  CODES:
BOOT  UP,  DOWN  TIME,  COMPANY  BUSINESS,

NEW  HIRE  ORIENTATION,  OFF  SITE  WORK,  ONSITE   ON
CALL,  OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON  CALL,  TRAVEL
TIME,UNSCHEDULED   WORK,  USA  PAID  TIME  REG,

WORKERS  COMP  PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON  PAYROLL
202 WESTLAKE  AVE N
SEATTLE , WA  98109

| | |
|---|---|
| Advice number: | 00000158447 |
| Pay date: | 04/03/2026 |

Deposited  to the account  of

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| **PABLO  A MEJIA** | xxxx1656 | xxxx  xxxx | $634.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | |
|----|------|------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000168317 | 1 |

Page  1(Con't  Next  Page)

# Earnings Statement

**ADP**

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
202 WESTLAKE  AVE N
SEATTLE,  WA  98109

Period Beginning:    03/29/2026
Period Ending:       04/04/2026
Pay Date:            04/10/2026

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

PABLO  A  MEJIA
601  HILLSIDE  DR
HAZLE  TOWNSHIP  PA  18202

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 30.65 | 720.28 | 9,217.44 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$720.28** | 11,994.21 |

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $682.90

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Flex/Pto Baln | 32.30 | |
| Groupterm Life | 14.07 | 204.29 |
| Stnd Balnce | 14.83 | |
| Tot Work Hours | 30.65 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -40.03 | 746.19 |
| | Social Security Tax | -43.21 | 721.87 |
| | Medicare Tax | -10.11 | 168.83 |
| | PA State Income Tax | -20.97 | 351.18 |
| | Hazle Twp Income Tax | -10.24 | 171.60 |
| | Hazle Twp Local Svc Tax | -1.00 | 15.00 |
| | PA SUI Tax | -0.51 | 8.40 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 51.90 |
| | Pre-Tax Medical | -30.23* | 448.14 |
| | Pre-Tax Vision | -3.69* | 55.35 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$556.83** | |
| | Checking Acct 1 | -556.83 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR COMPANY  ER PHONE NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE FOLLOWING  CODES:
BOOT UP, DOWN TIME, COMPANY  BUSINESS,

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE  ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS WORKED,  REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED  WORK, USA PAID TIME REG,

WORKERS  COMP PAID.

© 2006 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number:      00000168317
Pay date:           04/10/2026

Deposited  to the account  of
PABLO  A MEJIA

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxx1656 | xxxx  xxxx | $556.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W46 | 077364 | 129900 | 193 | 0000178151 | 1 |

Page  1(Con't  Next  Page)

*AMAZON.COM  SERVICES  LLC*
*ATTN: AMAZON  PAYROLL*
*202 WESTLAKE   AVE  N*
*SEATTLE,   WA   98109*

# Earnings  Statement



Period  Beginning:      04/05/2026
Period  Ending:           04/11/2026
Pay  Date:                  04/17/2026

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**PABLO  A  MEJIA**
**601  HILLSIDE  DR**
**HAZLE  TOWNSHIP  PA  18202**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 30.47 | 716.05 | 9,933.49 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$716.05** | 12,710.26 |

**\* Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are  $678.67

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 34.15 | |
| Groupterm Life | 14.07 | 218.36 |
| Stnd Balnce | 17.15 | |
| Tot Work Hours | 30.47 | |

## Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.52 | 785.71 |
| | Social Security Tax | -42.95 | 764.82 |
| | Medicare Tax | -10.04 | 178.87 |
| | PA State Income Tax | -20.84 | 372.02 |
| | Hazle Twp Income Tax | -10.18 | 181.78 |
| | Hazle Twp Local Svc Tax | -1.00 | 16.00 |
| | PA SUI Tax | -0.50 | 8.90 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 55.36 |
| | Pre-Tax Medical | -30.23* | 478.37 |
| | Pre-Tax Vision | -3.69* | 59.04 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| **Net Pay** | | | **$553.64** |
| Checking Acct 1 | | | -553.64 |
| **Net Check** | | | **$0.00** |

### Important Notes

YOUR  COMPANY  ER  PHONE  NUMBER  IS 888-892-7180

BASIS  OF  PAY:  HOURLY

LEGAL  ADDR  410  TERRY  AVE  NORTH  SEATTLE  WA  98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING   CODES:
BOOT  UP,  DOWN  TIME,  COMPANY  BUSINESS,

NEW  HIRE  ORIENTATION,   OFF  SITE  WORK,  ONSITE      ON
CALL,  OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON  CALL,  TRAVEL
TIME,UNSCHEDULED   WORK,  USA  PAID  TIME  REG,

WORKERS   COMP  PAID.

© 2000 ADP, Inc.

AMAZON.COM  SERVICES  LLC
ATTN:  AMAZON  PAYROLL
202  WESTLAKE  AVE  N
SEATTLE ,  WA   98109

Advice  number:          00000178151
Pay  date:                    04/17/2026

THIS  IS  NOT  A  CHECK

Deposited   to  the  account  of
**PABLO  A MEJIA**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxx1656 | xxxx  xxxx | $553.64 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000188037 | 1 |

Page   1(Con't   Next  Page)
AMAZON.COM   SERVICES   LLC
ATTN: AMAZON   PAYROLL
202 WESTLAKE   AVE  N
SEATTLE,   WA  98109

## Earnings  Statement



Period  Beginning:     04/12/2026
Period  Ending:        04/18/2026
Pay  Date:             04/24/2026

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**PABLO  A  MEJIA**
**601  HILLSIDE  DR**
**HAZLE  TOWNSHIP  PA  18202**

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 30.68 | 720.98 | 10,654.47 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$720.98** | 13,431.24 |

### Deductions

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | | -40.11 | 825.82 |
| | Social Security Tax | | -43.26 | 808.08 |
| | Medicare Tax | | -10.12 | 188.99 |
| | PA State Income Tax | | -20.99 | 393.01 |
| | Hazle Twp Income Tax | | -10.25 | 192.03 |
| | Hazle Twp Local Svc Tax | | -1.00 | 17.00 |
| | PA SUI Tax | | -0.50 | 9.40 |
| | **Other** | | | |
| | Pre-Tax Dental | | -3.46* | 58.82 |
| | Pre-Tax Medical | | -30.23* | 508.60 |
| | Pre-Tax Vision | | -3.69* | 62.73 |
| | Ach Same Day | | | 1,159.35 |
| | Reissued Pay | | | -1,159.35 |
| | **Net Pay** | | **$557.37** | |
| | Checking Acct 1 | | -557.37 | |
| | **Net Check** | | **$0.00** | |

***  Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $683.60

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Flex/Pto Baln | 36.00 | |
| Groupterm Life | 14.07 | 232.43 |
| Stnd Balnce | 19.47 | |
| Tot Work Hours | 30.68 | |

### Important  Notes

YOUR COMPANY  ER PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE FOLLOWING   CODES:
BOOT UP, DOWN TIME, COMPANY  BUSINESS,

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE     ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED, REMOTE  ON CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS   COMP  PAID.

© 2080 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE  AVE N
SEATTLE , WA  98109

Advice number:      00000188037
Pay  date:           04/24/2026

Deposited  to the account  of
**PABLO  A MEJIA**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxx1656 | xxxx xxxx | $557.37 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

# Statement for May 1, 2026

ℹ️ To ensure the best experience, we recommend downloading and viewing this PDF in a PDF reader.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W46 | 077364 | 129900 | 193 | 0000197873 | 1 |

Page 1(Con't Next Page)

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Earnings Statement**

**ADP**

| Period Beginning: | 04/19/2026 |
|---|---|
| Period Ending: | 04/25/2026 |
| Pay Date: | 05/01/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 34.15 | 802.53 | 11,457.00 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$802.53** | 14,233.77 |

**\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $765.15

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 37.85 | |
| Groupterm Life | 14.07 | 246.50 |
| Stnd Balnce | 21.78 | |
| Tot Work Hours | 34.15 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.90 | 875.72 |
| | Social Security Tax | -48.31 | 856.39 |
| | Medicare Tax | -11.29 | 200.28 |
| | PA State Income Tax | -23.49 | 416.50 |
| | Hazle Twp Income Tax | -11.48 | 203.51 |
| | Hazle Twp Local Svc Tax | -1.00 | 18.00 |
| | PA SUI Tax | -0.56 | 9.96 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 62.28 |
| | Pre-Tax Medical | -30.23* | 538.83 |
| | Pre-Tax Vision | -3.69* | 66.42 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$619.12** | |
| | Checking Acct 1 | -619.12 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| Advice number: | 00000197873 |
|---|---|
| Pay date: | 05/01/2026 |

Deposited to the account of
**PABLO A MEJIA**

| account number | transit ABA | amount |
|---|---|---|
| xxxx1656 | XXXX XXXX | $619.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Statement for May 8, 2026

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W46 | 077364 | 129900 | 193 | 0000207807 | 1 |

Page 1(Con't Next Page)
AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

## Earnings Statement

**ADP**

| Period Beginning: | 04/26/2026 |
|---|---|
| Period Ending: | 05/02/2026 |
| Pay Date: | 05/08/2026 |

PABLO A MEJIA
601 HILLSIDE DR
HAZLE TOWNSHIP PA 18202

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 31.03 | 729.21 | 12,186.21 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$729.21** | 14,962.98 |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $691.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 39.70 | |
| Groupterm Life | 14.07 | 260.57 |
| Stnd Balnce | 24.10 | |
| Tot Work Hours | 31.03 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -41.10 | 916.82 |
| | Social Security Tax | -43.77 | 900.16 |
| | Medicare Tax | -10.24 | 210.52 |
| | PA State Income Tax | -21.24 | 437.74 |
| | Hazle Twp Income Tax | -10.38 | 213.89 |
| | Hazle Twp Local Svc Tax | -1.00 | 19.00 |
| | PA SUI Tax | -0.51 | 10.47 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 65.74 |
| | Pre-Tax Medical | -30.23* | 569.06 |
| | Pre-Tax Vision | -3.69* | 70.11 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | | **$563.59** |
| | Checking Acct 1 | -563.59 | |
| | **Net Check** | | **$0.00** |

**Important Notes**

YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| Advice number: | 00000207807 |
|---|---|
| Pay date: | 05/08/2026 |

Deposited to the account of
PABLO A MEJIA

| account number | transit ABA | amount |
|---|---|---|
| xxxx1656 | xxxx xxxx | $563.59 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000217747 | 1 |

# Earnings Statement

**ADP**

Page 1(Con't Next Page)
*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

| | |
|---|---|
| Period Beginning: | 05/03/2026 |
| Period Ending: | 05/09/2026 |
| Pay Date: | 05/15/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 30.93 | 726.86 | 12,913.07 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 446.50 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| Stnd Pto Pay | | | | 705.00 |
| **Gross Pay** | | | **$726.86** | 15,689.84 |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $689.48

**Other Benefits and Information**

| | this period | total to date |
|---|-------------|---------------|
| Flex/Pto Baln | 41.55 | |
| Groupterm Life | 14.07 | 274.64 |
| Stnd Balnce | 26.42 | |
| Tot Work Hours | 30.93 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -40.82 | 957.64 |
| | Social Security Tax | -43.62 | 943.78 |
| | Medicare Tax | -10.20 | 220.72 |
| | PA State Income Tax | -21.17 | 458.91 |
| | Hazle Twp Income Tax | -10.34 | 224.23 |
| | Hazle Twp Local Svc Tax | -1.00 | 20.00 |
| | PA SUI Tax | -0.51 | 10.98 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 69.20 |
| | Pre-Tax Medical | -30.23* | 599.29 |
| | Pre-Tax Vision | -3.69* | 73.80 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$561.82** | |
| | Checking Acct 1 | -561.82 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| Advice number: | 00000217747 |
|----------------|-------------|
| Pay date: | 05/15/2026 |

Deposited to the account of

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| PABLO A MEJIA | xxxx1656 | xxxx xxxx | $561.82 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement



Period Beginning: 05/10/2026
Period Ending: 05/16/2026
Pay Date: 05/22/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 23.72 | 557.42 | 13,470.49 |
| Flex/Pto | 23.5000 | 5.25 | 123.38 | 569.88 |
| Stnd Pto Pay | 23.5000 | 2.00 | 47.00 | 752.00 |
| Overtime | | | | 37.72 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| **Gross Pay** | | | **$727.80** | 16,417.64 |

**\* Excluded from federal taxable wages**
   Your federal taxable wages this period are $690.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 38.15 | |
| Groupterm Life | 14.07 | 288.71 |
| Stnd Balnce | 26.73 | |
| Tot Work Hours | 23.72 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -40.93 | 998.57 |
| | Social Security Tax | -43.67 | 987.45 |
| | Medicare Tax | -10.22 | 230.94 |
| | PA State Income Tax | -21.20 | 480.11 |
| | Hazle Twp Income Tax | -10.36 | 234.59 |
| | Hazle Twp Local Svc Tax | -1.00 | 21.00 |
| | PA SUI Tax | -0.51 | 11.49 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 72.66 |
| | Pre-Tax Medical | -30.23* | 629.52 |
| | Pre-Tax Vision | -3.69* | 77.49 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$562.53** | |
| | Checking Acct 1 | -562.53 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE  ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED  WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** **00000230282**
Pay date: 05/22/2026

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PABLO A MEJIA** | xxxx1656 | xxxx xxxx | $562.53 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000230282 | 1 |

Page 2

# Earnings Statement

ADP®

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 05/10/2026
Period Ending: 05/16/2026
Pay Date: 05/22/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

## Important Notes

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK   AND SELECT HELP > MY HR

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Statement for May 29, 2026

ℹ️ To ensure the best experience, we recommend downloading and viewing this PDF in a PDF reader.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W46 | 077364 | 129900 | 193 | 0000250481 | 1 |

## Earnings Statement

**ADP**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| | |
|---|---|
| Period Beginning: | 05/17/2026 |
| Period Ending: | 05/23/2026 |
| Pay Date: | 05/29/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

PABLO A MEJIA
601 HILLSIDE DR
HAZLE TOWNSHIP PA 18202

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Flex/Pto | 23.5000 | 10.00 | 235.00 | 804.88 |
| Stnd Pto Pay | 23.5000 | 20.00 | 470.00 | 1,222.00 |
| Regular | | | | 13,470.49 |
| Overtime | | | | 37.72 |
| Holiday Pay | | | | 564.00 |
| Nonwrkpaidtme | | | | 658.01 |
| Prem Holiday | | | | 365.54 |
| **Gross Pay** | | | **$705.00** | 17,122.64 |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $667.62

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Flex/Pto Baln | 29.15 | |
| Groupterm Life | 14.07 | 302.78 |
| Stnd Balnce | 9.05 | |

### Important Notes
YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE  ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED  WORK, USA PAID TIME REG,

WORKERS COMP PAID.

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK  AND SELECT HELP > MY HR

© 2000 ADP, Inc.

| Deductions | Statutory | | |
|-----------|-----------|---|---|
| | Federal Income Tax | -38.20 | 1,036.77 |
| | Social Security Tax | -42.27 | 1,029.72 |
| | Medicare Tax | -9.88 | 240.82 |
| | PA State Income Tax | -20.50 | 500.61 |
| | Hazle Twp Income Tax | -10.01 | 244.60 |
| | Hazle Twp Local Svc Tax | -1.00 | 22.00 |
| | PA SUI Tax | -0.50 | 11.99 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 76.12 |
| | Pre-Tax Medical | -30.23* | 659.75 |
| | Pre-Tax Vision | -3.69* | 81.18 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$545.26** | |
| | Checking Acct 1 | -545.26 | |
| | **Net Check** | **$0.00** | |

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| | |
|---|---|
| **Advice number:** | 00000250481 |
| Pay date: | 05/29/2026 |

Deposited to the account of
**PABLO A MEJIA**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxx1656 | xxxx xxxx | $545.26 |

THIS IS NOT A CHECK

NON NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W46 | 077364 | 129900 | 193 | 0000253135 | 1 |

Page 1(Con't Next Page)

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　Federal: Standard Withholding Table

## Earnings Statement



Period Beginning:　　05/24/2026
Period Ending:　　　05/30/2026
Pay Date:　　　　　06/05/2026

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 19.23 | 451.91 | 13,922.40 |
| Holiday Pay | 23.5000 | 8.00 | 188.00 | 752.00 |
| Prem Holiday | 35.2500 | 9.95 | 350.74 | 716.28 |
| Overtime | | | | 37.72 |
| Flex/Pto | | | | 804.88 |
| Nonwrkpaidtme | | | | 658.01 |
| Stnd Pto Pay | | | | 1,222.00 |
| **Gross Pay** | | | **$990.65** | 18,113.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.47 | 1,109.24 |
| | Social Security Tax | -59.97 | 1,089.69 |
| | Medicare Tax | -14.03 | 254.85 |
| | PA State Income Tax | -29.27 | 529.88 |
| | Hazle Twp Income Tax | -14.30 | 258.90 |
| | Hazle Twp Local Svc Tax | -1.00 | 23.00 |
| | PA SUI Tax | -0.69 | 12.68 |
| | **Other** | | |
| | Pre-Tax Dental | -3.46* | 79.58 |
| | Pre-Tax Medical | -30.23* | 689.98 |
| | Pre-Tax Vision | -3.69* | 84.87 |
| | Ach Same Day | | 1,159.35 |
| | Reissued Pay | | -1,159.35 |
| | **Net Pay** | **$761.54** | |
| | Checking Acct 1 | -761.54 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
　Your federal taxable wages this period are $953.27

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 29.15 | |
| Groupterm Life | 14.07 | 316.85 |
| Stnd Balnce | 11.37 | |
| Tot Work Hours | 29.18 | |

### Important Notes

YOUR COMPANY ER PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

© 2000 ADP, Inc.

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:**　　**00000253135**
Pay date:　　　　　06/05/2026

**Deposited to the account of**
**PABLO A MEJIA**



| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxx1656 | xxxx xxxx | $761.54 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W46 | 077364 | 129900 | 193 | 0000253135 | 1 |

Page 2

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

## Earnings Statement



Period Beginning:　　05/24/2026
Period Ending:　　　05/30/2026
Pay Date:　　　　　06/05/2026

**PABLO A MEJIA**
**601 HILLSIDE DR**
**HAZLE TOWNSHIP PA 18202**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　Federal: Standard Withholding Table

### Important Notes
IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND SELECT HELP > MY HR



