Carlo Sabatini ID # 83831
Kristin Sabatini ID # 200135
Attorneys for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re  Pablo Mejia,<br>            Debtor | Chapter 13<br><br>Case No. 5:26-bk-01630-MJC |

## <u>CERTIFICATE OF SERVICE</u>

I, Tiffany Bator, hereby certify that I am today serving a true and correct copy of Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Janna Santana
824 Main St. Apt. 1
Freeland, PA 18224

Dated: June 10, 2026

/s/Tiffany Bator
Tiffany Bator