# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

June 10, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re Pablo Mejia**
**U.S. Bankruptcy Court Case No. 5:26-bk-01630-MJC**

Dear Sir or Madam:

The notice sent to Janna Santana in the above case was returned to our office because the address was incorrect. Kindly change the address for Janna Santana on the mailing matrix to the following:

OLD ADDRESS:
Janna Santana
824 Main St., Apt. 1

NEW ADDRESS:
Janna Santana
824 Main St., Apt. 1
Freeland, PA 18224

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb