Certificate Number: 17082-PAM-DE-041079681

Bankruptcy Case Number: 26-01630



17082-PAM-DE-041079681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 10, 2026</u>, at <u>12:41</u> o'clock <u>PM MST</u>, <u>PABLO MEJIA</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>June 10, 2026</u>　　　　　　　By:  　<u>/s/Orsolya K Lazar</u>

　　　　　　　　　　　　　　　　Name:  <u>Orsolya K Lazar</u>

　　　　　　　　　　　　　　　　Title:  <u>Executive Director</u>