| | |
|---|---|
| In Re:<br>    PABLO ALBERTO MEJIA<br>               Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>               Movant<br><br>        vs.<br><br>Pablo Alberto Mejia<br>               Respondent | CHAPTER 13<br><br>CASE NO. 5:26-BK-01630-MJC |

## **TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Debtor's Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor has not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtor's disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts: Support will end when seventeen-year-old child graduates from high school.

2. Debtor's Plan violates 11 U.S.C. § 1325(a)(3) in that it has not been proposed in good faith.

3. Debtor's Plan violates 11 U.S.C. § 1325(a)(3) in that it has not been proposed in good faith. More specifically, Trustee believes and avers that the Plan is a payment plan for the attorney fees of Debtor's bankruptcy attorney rather than a repayment plan for Debtor's creditors as intended by the Code.

4. Statement of Financial Affairs Part 8, Line #20, lacks description.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

      a.    Deny confirmation of Debtor's plan.
      b.    Dismiss or convert Debtor's case.
      c.    Provide such other relief as is equitable and just.

Dated: July 06, 2026               Respectfully submitted:


                              /s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
(717) 566-6097

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

SABATINI LAW FIRM, LLC
216 NORTH BLAKELY STREET
DUNMORE, PA 18512

Dated: July 06, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee