United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 26-01630-MJC

Pablo Alberto Mejia                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 3

Date Rcvd: Jul 07, 2026                       Form ID: ntcnfhrg                         Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Pablo Alberto Mejia, 601 Hillside Dr, Hazle Township, PA 18202-2863 |
| cr | + | NBT BANK, N.A., ALDRIDGE PITE, LLP, 3333 CAMINO DEL RIO SOUTH, SUITE 225, SAN DIEGO, CA 92108 UNITED STATES 92108-3808 |
| 5809293 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 5809295 | | Barclays Bank Delaware, PO BOX 8808, Wilmington, DE 19899 |
| 5809300 | | Dinsmore & Shohl, LLP, 1300 Six PPG Place, Pittsburgh, PA 15222 |
| 5809303 | + | Jacqueline Traversa, 689 Grant St, Hazleton, PA 18201-2759 |
| 5809304 | + | Janna Santana, 824 Main St Apt 1, Freeland, PA 18224-1819 |
| 5809309 | + | Peri Leanna Schuster, Esq., PO Box 2121, Warren, MI 48090-2121 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5813264 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 07 2026 19:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5809291 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 19:04:44 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5809294 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2026 19:01:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5809298 | + | Email/Text: mrdiscen@discover.com | Jul 07 2026 19:00:00 | Capital One, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 5809297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 19:04:44 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5809299 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 19:37:55 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5809301 | | Email/Text: mrdiscen@discover.com | Jul 07 2026 19:00:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5809302 | + | Email/Text: crdept@na.firstsource.com | Jul 07 2026 19:01:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5809307 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:01:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5809308 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:01:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 5813030 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 07 2026 19:01:00 | NBT BANK, N.A., c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5813643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2026 19:04:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| | | | |
|---|---|---|---|
| | | | POB 41067, Norfolk, VA 23541 |
| 5809310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 07 2026 19:04:54 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5809311 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | Jul 07 2026 19:01:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5809312 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:48 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5809313 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:48 | SYNCB/Ashley Home Stores, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5809314 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:43 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5809315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:43 | SYNCB/Sam's Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5809316 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
| | | Jul 07 2026 19:04:54 | Wells Fargo Bank Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 5811225 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | |
| | | Jul 07 2026 19:04:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |
| 5809317 | | Email/Text: pitbk@weltman.com | |
| | | Jul 07 2026 19:01:00 | Weltman, Weingberg & Reis Co., L.P.A, 436 7th Ave, Pittsburgh, PA 15219-1826 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5809305 | | Freeland, PA 18224 |
| 5809292 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5809296 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5809306 | *+ | Janna Santana, 824 Main St Apt 1, Freeland, PA 18224-1819 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Pablo Alberto Mejia usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Jack N Zaharopoulos
                        ecf@pamd13trustee.com

United States Trustee

                        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Pablo Alberto Mejia,
aka Pablo Mejia Ledesma, aka Pablo Mejia, aka Pablo A
Mejia, aka Pablo Alberto Mejia Ledesma,

**Debtor 1**

Chapter     13

Case No.     5:26−bk−01630−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 20, 2026<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 7, 2026 |

ntcnfhrg (08/21)