United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Pablo Alberto Mejia

    Debtor

Case No. 26-01630-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 3

Date Rcvd: Jul 07, 2026             Form ID: pdf002             Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Pablo Alberto Mejia, 601 Hillside Dr, Hazle Township, PA 18202-2863 |
| cr | + | NBT BANK, N.A., ALDRIDGE PITE, LLP, 3333 CAMINO DEL RIO SOUTH, SUITE 225, SAN DIEGO, CA 92108 UNITED STATES 92108-3808 |
| 5809293 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 5809295 | | Barclays Bank Delaware, PO BOX 8808, Wilmington, DE 19899 |
| 5809300 | | Dinsmore & Shohl, LLP, 1300 Six PPG Place, Pittsburgh, PA 15222 |
| 5809303 | + | Jacqueline Traversa, 689 Grant St, Hazleton, PA 18201-2759 |
| 5809304 | + | Janna Santana, 824 Main St Apt 1, Freeland, PA 18224-1819 |
| 5809309 | + | Peri Leanna Schuster, Esq., PO Box 2121, Warren, MI 48090-2121 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5813264 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 07 2026 19:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5809291 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 19:04:54 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5809294 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2026 19:01:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5809298 | + | Email/Text: mrdiscen@discover.com | Jul 07 2026 19:00:00 | Capital One, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 5809297 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 19:04:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5809299 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 19:04:55 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5809301 | | Email/Text: mrdiscen@discover.com | Jul 07 2026 19:00:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5809302 | + | Email/Text: crdept@na.firstsource.com | Jul 07 2026 19:01:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5809307 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:01:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5809308 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:01:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 5813030 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 07 2026 19:01:00 | NBT BANK, N.A., c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5813643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2026 19:04:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| | | | |
|---|---|---|---|
| | | | POB 41067, Norfolk, VA 23541 |
| 5809310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 07 2026 19:04:54 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5809311 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | Jul 07 2026 19:01:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5809312 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:48 | SYNCB/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5809313 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:48 | SYNCB/Ashley Home Stores, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5809314 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:43 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5809315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jul 07 2026 19:04:53 | SYNCB/Sam's Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5809316 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
| | | Jul 07 2026 19:04:43 | Wells Fargo Bank Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 5811225 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | |
| | | Jul 07 2026 19:04:48 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |
| 5809317 | | Email/Text: pitbk@weltman.com | |
| | | Jul 07 2026 19:01:00 | Weltman, Weinberg & Reis Co., L.P.A, 436 7th Ave, Pittsburgh, PA 15219-1826 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5809305 | | Freeland, PA 18224 |
| 5809292 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5809296 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5809306 | *+ | Janna Santana, 824 Main St Apt 1, Freeland, PA 18224-1819 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Pablo Alberto Mejia usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Jack N Zaharopoulos

       ecf@pamd13trustee.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov


TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: | CHAPTER 13
Pablo Alberto Mejia Lezama |

CASE NO.

  X  ORIGINAL PLAN
      AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
  1  Number of Motions to Avoid Liens
  0  Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [X] Included | [ ] Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.** **PLAN FUNDING AND LENGTH OF PLAN.**

    **A.** **Plan Payments From Future Income**

        1.    To date, the Debtor paid     $0.00    (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is     $2,880.00    , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 07/2026 | 06/2029 | 80.00 | 0.00 | 80.00 | 2,880.00 |
| | | | | Total Payments: | 2,880.00 |

        2.    If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: _X_ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B**. **Additional Plan Funding From Liquidation of Assets/Other**

    1. The Debtor estimates that the liquidation value of this estate is     $1,828.57    . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

  _X_  No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

**2. SECURED CLAIMS.**

    **A.** **Pre-Confirmation Distributions.** **Check one.**

      _X_  None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    **B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

      _X_  None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

    **C.** **Arrears, including, but not limited to, claims secured by Debtor's principal residence**. *Check one.*

      ___  None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

      _X_  The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Rocket Mortgage | 601 Hillside Dr., Hazle Township, PA | 0.00 | 0.00 | 0.00 |
| Wells Fargo | 2018 Subaru Impreza | 0.00 | 0.00 | 0.00 |

    **D.** **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

      ___  None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

      _X_  The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1

year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1.  The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under § 1328 of the Code.

2.  In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised.  If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3.  Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| **Discover Bank  (See ¶ 9.B)** | 601 Hillside Dr., Hazle Township, PA, 18202 | 547.72 | 0 | 547.72 |

    E.     **Secured claims for which a § 506 valuation is applicable.** *Check one.*

   X    None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    F.     **Surrender of Collateral.** *Check one.*

   X    None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    G.     **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

     None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

   X    The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | Discover Bank | | |
|---|---|---|---|
| Lien Description For judicial lien, include court and docket number. | Luzerne County Court of Common Pleas Docket No. 2025-CV-06506 | | |
| Description of the liened property. | 601 Hillside Dr., Hazle Township, PA, 18202 | | |
| Liened Asset Value | 121,500.00 | | |
| Sum of Senior Liens | 89,377.28 | | |
| Exemption Claimed | 31,575.00 | | |
| Amount of Lien | 10,060.22 | | |
| Amount Avoided | 9,512.50 | | |

3.  **PRIORITY CLAIMS.**

    A.   **Administrative Claims**

     1.    Trustee's Fees.  Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees.</u> Complete only one of the following options:

a. In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $ <u>less than $2,585.00</u> This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured credito consistent with the priority scheme established in this plan.

3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one of the following two lines.*

<u>X</u> None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

**B. <u>Priority Claims (including certain Domestic Support Obligations)</u>**

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

**C. <u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).</u>** *Check one of the following two lines.*

<u>X</u> None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

**A. <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>** *Check one of the following two lines.*

<u>X</u> None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

<u>X</u> None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:* **See § 9.**

__plan confirmation.
__entry of discharge.
__closing of case.

7. **DISCHARGE: (Check one)**

( x )  The debtor will seek a discharge pursuant to § 1328(a).

(  )  The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: <u>Pre-Confirmation Distributions listed in ¶ 2.A</u>
Level 2: <u>Debtor's Attorney's Fees in ¶ 3.A.(2)</u>
Level 3: <u>Domestic Support Obligations</u>
Level 4: <u>Amounts listed in ¶ 2.E, pro rata</u>
Level 5: <u>Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.</u>
Level 6: <u>Amounts listed in ¶ 2.D, pro rata</u>
Level 7: <u>Amounts listed in ¶ 4.A, pro rata</u>
Level 8: <u>Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata</u>
Level 9: <u>General unsecured claims</u>

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A.  **Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes, and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

B.  **Discover Bank.** The claim of Discover Bank is being partially avoided as impairing the debtor's exemption. The balance of the claim is being paid in full. Upon discharge, Discover shall no longer have any lien on any Debtor's property.

Dated:  <u>June 6, 2026</u>   _____
Attorney for Debtor

_____
Debtor

_____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.