# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Pablo Alberto Mejia
aka Pablo Mejia Ledesma, aka Pablo Mejia, aka Pablo A Mejia, aka Pablo Alberto Mejia Ledesma

Case number 5:26−bk−01630−MJC

**Debtor 1**

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on June 6, 2026. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated:  August 21, 2026

orcnfpln(05/18)