**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br>Pablo Mejia,<br>Debtor<br><br>Pablo Mejia,<br>Movant<br><br>v.<br><br>Capital One, N.A. successor by merger to Discover Bank,<br>Respondent | Chapter 13<br><br>Case No. 5:26-bk-01630-MJC<br><br>*Debtor's Motion to Avoid Lien of Capital One, N.A., successor by merger to Discover Bank* |

**ORDER AVOIDING LIEN**

Upon consideration of *Debtor's Motion to Avoid Lien of Capital One, N.A., successor by merger to Discover Bank*, it is hereby ORDERED that the judicial lien entered in favor of *Capital One, N.A., successor by merger to Discover Bank* on Debtor's real estate at 601 Hillside Dr., Hazle Township, Luzerne County, Pennsylvania entered of record in Luzerne County at docket number 2025-06506 is avoided pursuant to 11 U.S.C. § 522(f) except as to $547.72, which amount is to be paid in full to Capital One, N.A., successor by merger to Discover Bank, as a secured claim through Debtor's confirmed Chapter 13 plan; and it is further

ORDERED that upon Debtor's completion of all payments under the confirmed Chapter 13 plan and the entry of a discharge pursuant to 11 U.S.C. § 1328(a), the judicial lien is avoided in its entirety and canceled, and Capital One, N.A., successor by merger to Discover Bank, shall have no lien upon the above-described real estate or upon any other property of the Debtor.