**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br>Pablo Mejia,<br>Debtor | Chapter 13 |
| Pablo Mejia,<br>Movant | Case No. 5:26-bk-01630-MJC |
| v. | |
| Capital One, N.A. Successor by merger to Discover Bank,<br>Respondent | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | DEBTOR'S MOTION TO AVOID LIEN | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| Officer, Managing or General Agent<br>Weltman, Weinberg & Reis Co., LPA<br>5990 West Creek Rd, Suite 200<br>Independence, OH 44131 | Capital One, N.A. Successor by merger to Discover Bank | First Class Mail – Certified Return Receipt |
| Attn: Officer<br>Capital One<br>1680 Capital One Dr.<br>Mclean, VA 22102 | | First Class Mail – Certified Return Receipt |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 22, 2026

/s/Tiffany Bator
Tiffany Bator, Paralegal