**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Pablo Mejia,** | : | **Case No. 5:26-bk-01630-MJC** |
| | : | |
| **Debtor** | : | |
| | : | |
| **Pablo Mejia,** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Capital One, N.A. successor by merger to Discover Bank,** | : | |
| | : | |
| **Respondent** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN**

Upon Motion of the above Debtor to avoid a judicial lien held by Capital One, N.A. successor by merger to Discover Bank ("Respondent") in the real property of the Debtor located at 601 Hillside Drive, Hazle Township, Luzerne County, Pennsylvania ("Property"), Doc. 31 ("Motion");

**AND,** the Debtor having asserted that the alleged lien arising from the judgment entered in Luzerne County Court of Common Pleas at Docket # 2025-06506 is subject to avoidance pursuant to 11 U.S.C. §522(f), except as to $547.72, which amount is to be paid in full to Respondent as a secured claim through Debtor's confirmed Chapter 13 Plan;

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Property of the Debtor is **AVOIDED**, effective upon completion of the Debtor's Chapter 13 Plan and entry of the discharge order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 23, 2026