SABATINI LAW FIRM, LLC
**CARLO SABATINI**
**KRISTIN SABATINI**
216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

October 27, 2026

Ryan Eshelman, Case Administrator
Bankruptcy Clerk's Office
U.S. Court House
197 S. Main St.
Wilkes-Barre, PA 18701

RE: Pablo Alberto Mejia
5:26-bk-01630-MJC

Dear Mr. Eshelman,

Please provide a certified copy of Document 32, *Order Granting Motion to Avoid Judicial Lien* in the above-referenced matter. My email address is carlo@bankruptcypa.com.

Thank you for your assistance.

Sincerely yours,

Carlo Sabatini

CS/asw