United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01630-MJC
Pablo Alberto Mejia Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 1
Date Rcvd: Nov 01, 2026 Form ID: pdf010 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| | + | Attn: Officer, Capital One, 1680 Capital One Dr., Mclean, VA 22102-3407 |
| | + | Officer, Managing or General Agent, Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Pablo Alberto Mejia usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Pablo Mejia,** | : | **Case No. 5:26-bk-01630-MJC** |
| **Debtor** | : | |
| **Pablo Mejia,** | : | |
| **Movant** | : | |
| **v.** | : | |
| **Capital One, N.A. successor by merger to Discover Bank,** | : | |
| **Respondent** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN**

Upon Motion of the above Debtor to avoid a judicial lien held by Capital One, N.A. successor by merger to Discover Bank ("Respondent") in the real property of the Debtor located at 601 Hillside Drive, Hazle Township, Luzerne County, Pennsylvania ("Property"), Doc. 31 ("Motion");

**AND,** the Debtor having asserted that the alleged lien arising from the judgment entered in Luzerne County Court of Common Pleas at Docket # 2025-06506 is subject to avoidance pursuant to 11 U.S.C. §522(f), except as to $547.72, which amount is to be paid in full to Respondent as a secured claim through Debtor's confirmed Chapter 13 Plan;

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Property of the Debtor is **AVOIDED**, effective upon completion of the Debtor's Chapter 13 Plan and entry of the discharge order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 23, 2026