Exhibit B

Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Pablo Mejia**
**601 Hillside Dr.**
**Hazle Township, PA 18202**

**Rate Summary**

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Carlo Sabatini | 8.1 hours at $415.00/hour. | $3,229.00 | 0.40 | -166.00 | 3,063.00 |
| Ashley Werner | 8.7 hours at $150.00/hour. | $1,305.00 | 0.70 | -105.00 | 1,200.00 |
| Dafne Vazquez | 10 hours at $150.00/hour. | $1,417.50 | 1.10 | -165.00 | 1,252.50 |
| Tiffany Bator | 0.5 hours at $150.00/hour. | $75.00 | 0.20 | -30.00 | 45.00 |
| | | | 2.40 | -466.00 | 5,560.50 |

**Itemized Listing of Services**

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 06/14/2023 | Meet with client for initial bankruptcy evaluation. | CS | 415 | 0.80 | 332.00 | -166.00 |
| 06/29/2023 | Hiring appointment with client | CS | 415 | 0.60 | 249.00 | 0.00 |
| 07/21/2023 | Meeting with client to review appraisal of the house and second bankruptcy evaluation | CS | 415 | 1.00 | 415.00 | 0.00 |
| 09/24/2023 | Review file to evaluate how client could afford payments in a chapter 13. Client expects to receive social security in the future. Call to client to discuss filing timeline, up-front payment for filing, and payments throughout the case. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 09/25/2023 | Call with client to discuss debts, options other than bankruptcy, and filing timeline. | CS | 150 | 0.20 | 83.00 | 0.00 |
| 07/25/2024 | Call from client regarding bankruptcy chapter, and potential vehicle purchase. | DV | 150 | 0.10 | 15.00 | 0.00 |
| 05/14/2025 | Review file. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/20/2025 | Organize file in preparation for schedule prep. | DV | 150 | 1.10 | 165.00 | -165.00 |
| 11/08/2025 | Prepare schedules. See attached itemization. | DV | 135 | 5.50 | 742.50 | 0.00 |
| 12/02/2025 | Conference with DV to prepare plan and special provisions. | ASW | 150 | 0.40 | 60.00 | 0.00 |
| 12/26/2025 | Call with client regarding frozen bank accounts due to judgment. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 04/06/2026 | Email to oc asking for extension in collections case. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/06/2026 | Review and review concurrence with continuance request from oc. Email to staff to prep. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/15/2026 | Receive and review rescheduling notice. Confirm new hearing is calendared and task is set to continue again if bankruptcy isn't filed. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/30/2026 | Update income for June filing | DV | 150 | 0.30 | 45.00 | 0.00 |
| 06/02/2026 | Update schedules for June filing | DV | 150 | 1.50 | 225.00 | 0.00 |
| 06/04/2026 | Review Plan comments and questions from the paralegal. Work on Plan. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 06/05/2026 | Meeting with CS and cl to review file ahead of signing and filing case. | DV | 150 | 0.50 | 75.00 | 0.00 |
| 06/05/2026 | Meeting with cl to review file ahead of signing and filing case. Analyze probability of client filing a Chapter 7 instead of a 13. | CS | 415 | 0.50 | 207.50 | 0.00 |
| 06/06/2026 | Meeting with client and CS for signing and filing. Incorporate CS and cl changes to documents to be filed. | DV | 150 | 1.00 | 150.00 | 0.00 |
| 06/06/2026 | Meeting with client for signing and filing. | CS | 415 | 1.00 | 415.00 | 0.00 |
| 06/12/2026 | Ensure the order granting motion for wage attachment was served upon client's employer. It was served on 6/11/2026. | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 06/12/2026 | Ensure Debtor Education certificate was filed with the court. It was filed on 6/11/2026. | TLB | 150 | 0.10 | 15.00 | -15.00 |
| 06/18/2026 | Receive and review letter from WF re automatic payment cancellation. Instruct staff to send to cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/23/2026 | Review letter from mort company and instruct staff to send to cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/23/2026 | Review withdrawn hearing notice. Remove from calendar. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/24/2026 | Analyze claim 1 filed on the docket. Address letter to cl and email to CS with claim analysis. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/25/2026 | Review analysis of claim 1. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/30/2026 | Analyze claim 2, 3 and 4. Email to CS re claim 2. | ASW | 150 | 0.30 | 45.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 06/30/2026 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Draft summary memo to atty. | ASW | 150 | 0.40 | 60.00 | 0.00 |
| 07/01/2026 | Review analysis of claim 2. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/06/2026 | Meet with client to prepare for 341. | CS | 150 | 0.50 | 75.00 | 0.00 |
| 07/06/2026 | Attend 341 meeting. | CS | 415 | 0.90 | 373.50 | 0.00 |
| 07/06/2026 | Review objection. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/16/2026 | Analyze claims 5, 6 and 7. Email to CS regarding claim 5. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 07/16/2026 | Review confirmation hearing notice. Calendar hearing. Prepare Request for Payment and pre-confirmation certification. Review file to confirm all required returns are in the file. Instruct staff to send certification in support of confirmation and email cl regarding hearing and certification. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 07/16/2026 | Review letter from Honda re default. Review file. Email to CS re the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/17/2026 | Review Request for Payment. Approve the same for filing. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 07/17/2026 | Review email from ASW re default. Instruct staff to send to cl. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/17/2026 | Review memo from staff re claims. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/18/2026 | Analyze claims 8 and 9. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/20/2026 | Review signed Pre-confirmation certification. Instruct TLB to file the same. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 07/20/2026 | File Chapter 13 Debtor's Pre-Confirmation Certification with Post Petition Domestic Support Obligations with the court. | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 07/20/2026 | File Request for Payment of Chapter 13 Compensation and Expenses with the court. | TLB | 150 | 0.10 | 15.00 | -15.00 |
| 07/20/2026 | Send 3002.1 email to creditor for claim 5. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/22/2026 | Receive and review withdrawal of claim 5. Mark task for 3002.1 letter follow-up complete. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/09/2026 | Analyze claims 10, 11, 12, and 13. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 08/10/2026 | Review claims register. Retask for motion to avoid lien and filing judgment claim. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/14/2026 | Analyze claim 14. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/14/2026 | Review email re mortgage claim arrears. Instructions to ASW. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/17/2026 | Review filed to confirm that there are no barriers to plan confirmation. Not ready for confirmation. Claim needs to be filed. Prepare claim. Email to CS. | ASW | 150 | 0.70 | 105.00 | 0.00 |
| 08/18/2026 | Call to McHale. She is going to withdraw the objection. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/18/2026 | Review prepared claim. Modify and approve the same. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 08/18/2026 | File claim. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/19/2026 | Receive and review email from Liz Fitzgerald at trustee's office regarding service upon Discover Bank. Review file. Email to Fitzgerald with documents. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 09/01/2026 | Receive, review, and respond to email re client wage garnishment not having begun. Instruct DV to get contact information from cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/01/2026 | Email to payroll re wage garnishment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/03/2026 | Receive and review email from payroll company re identifying employee. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 09/03/2026 | Email from ER confirming client has permitted us to share identifying information with employer. Email to employer asking for fax number. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 09/04/2026 | Review email from payroll company with fax number. Email to TLB to prep fax to employer. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 09/04/2026 | Prepare fax to employer re wage garnishment. | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 09/08/2026 | Draft motion to avoid lien. | ASW | 150 | 1.00 | 150.00 | 0.00 |
| 09/17/2026 | Review and edit motion to avoid lien | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/22/2026 | File motion to avoid lien | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/27/2026 | Review order granting motion to avoid lien. Draft letter to clerk asking for certified order. File the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 10/28/2026 | Review certified order. Draft letter to Luzerne County clerk asking them to file the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 11/12/2026 | Review time-stamped certified order avoiding lien from Luzerne. Instruct PT to send to cl. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/17/2026 | Prepare Fee Application. | ASW | 150 | 1.00 | 150.00 | 0.00 |
| 11/18/2026 | [Est.] Review email from client approving fee application. File the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 11/18/2026 | [Est.] Review order regarding fee application. Review trustee's website to confirm distribution is properly scheduled. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/18/2026 | [Est.] Review file approximately six months before expected ending of case to verify that all action required has been completed. | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 11/18/2026 | [Est.] Review paralegal's analysis of actions still needed for case to close as expected. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 11/18/2026 | [Est.] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Draft letter to employer to cancel wage garnishment | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Receive and review executed Certification in Support of Discharge. File same electronically. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Review response to Trustee's Notice of Disbursements Made and send to client to verify accuracy of the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Review final decree. Close file. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/18/2026 | [Est.] Email to client regarding case closing and final recommendations. | CS | 415 | 0.10 | 41.50 | 0.00 |
| | *Sub-total Fees:* | | | | **6,026.50** | -466.00 |
| | *Net Fees After Discount:* | | | | **5,560.50** | |

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 12/08/2025 | BestCase Financial Report | 50.00 | 1.00 | 50.00 | 0.00 |
| 04/06/2026 | Fax sent to DJ Dixon re Appearance and Continuance Request | 0.50 | 2.00 | 1.00 | 0.00 |
| 06/06/2026 | Filing Fee | 313.00 | 1.00 | 313.00 | 0.00 |
| 07/06/2026 | Postage for letter to Officer/Capital One enclosing plan. | 11.60 | 1.00 | 11.60 | 0.00 |
| 09/01/2026 | Postage and cost of mailing order confirming plan to creditors. | 31.04 | 1.00 | 31.04 | 0.00 |
| 09/04/2026 | Fax sent to Payroll re Wage Attachment | 0.50 | 3.00 | 1.50 | 0.00 |
| 09/22/2026 | Postage for letter to Cap One enclosing lien avoidance motion | 12.18 | 1.00 | 12.18 | 0.00 |
| 09/22/2026 | Postage for letter to Weltman enclosing lian avoidance motion | 12.18 | 1.00 | 12.18 | 0.00 |
| 10/27/2026 | Fee for certified order avoiding lien | 12.00 | 1.00 | 12.00 | 0.00 |
| 11/20/2026 | Postage and cost of mailing notice of fee application to creditors | 31.04 | 1.00 | 31.04 | 0.00 |
| | | | | ====== | |
| | | | *Total:* | **475.54** | |

**Total**

Net Fees After Discount: 5,560.50
Net Expenses After Discount: 475.54
======
6,036.04

Total post-discounted value of entries containing "email": 473.00
As a percentage of the total fees: 0.085