IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PABLO ALBERTO MEJIA; AKA PABLO A MEJIA; AKA PABLO ALBERTO MEJIA LEDESMA; AKA PABLO MEJIA; AKA PABLO MEJIA LEDESMA,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:26-bk-01630-MJC |

**NOTICE**

Today the Debtor filed *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses*. The application requests the total sum of $6,036.04.

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, a hearing will be held on December 17, 2026 at 10:00 AM at U.S Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: November 20, 2026

s/Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com