IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PABLO ALBERTO MEJIA; AKA PABLO A MEJIA; AKA PABLO ALBERTO MEJIA LEDESMA; AKA PABLO MEJIA; AKA PABLO MEJIA LEDESMA,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:26-bk-01630-MJC |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 20, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| American Express, N.A.<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| AMERICAN HONDA FINANCE<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 |
| Barclays Bank Delaware<br>P.O. Box 8808<br>Wilmington, DE 19899 |
| Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 |
| Capital One<br>4590 East Broad Street<br>Columbus, OH 43213-1301 |
| Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Citicards CBNA<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Dinsmore & Shohl, LLP<br>1300 Six PPG Place<br>Pittsburgh, PA 15222 |
| DISCOVER FINANCIAL SERVICES, LLC<br>P.O. BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 |
| Jacqueline Traversa<br>689 Grant St.<br>Hazleton, PA 18201-2759 |
| Janna Santana<br>824 Main St., Apt 1<br>Freeland, PA 18224-1819 |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Midland Credit Management, Inc.<br>350 Camino de la Reina, Ste 100<br>San Diego, CA 92108-3007 |

| |
|---|
| Midland Credit Management, Inc.<br>P.O. Box 2121<br>Warren, MI 48090-2121 |
| Midland Credit Management, Inc.<br>P.O. Box 2037<br>Warren, MI 48090-2037 |
| NBT BANK, N.A.<br>c/o ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 |
| NBT BANK, N.A., c/o Rocket Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Pablo Alberto Mejia<br>601 Hillside Dr.<br>Hazle Township, PA 18202-2863 |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Peri Leanna Schuster, Esq.<br>P.O. Box 2121<br>Warren, MI 48090-2121 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 |
| Rocket Mortgage, LLC<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| SYNCB/Amazon, PLCC<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| SYNCB/Ashley Home Stores<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Lowes<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| SYNCB/Sam's Club DC<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Synchrony Bank<br>by AIS InfoSource, LP as agent<br>P.O. Box 661380<br>Dallas, TX 75266-1380 |

| |
|---|
| Wells Fargo Bank Auto<br>P.O. Box 29704<br>Phoenix, AZ 85038-9704 |
| Wells Fargo Bank, N.A.<br>P.O. Box 169005<br>Irving, TX 75016-9005 |
| Weltman, Weingberg & Reis Co., L.P.A<br>436 7th Ave.<br>Pittsburgh, PA 15219-1826 |